

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-12-00849-CV

Araceli **LOZANO**,
Appellant

v.

**TEXAS A&M INTERNATIONAL UNIVERSITY**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2011-CVZ-001762-D1
Honorable Jose A. Lopez, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice

Delivered and Filed:  May 15, 2013

DISMISSED

Appellant has filed a motion to dismiss this appeal.  The motion contains a certificate of service to appellee, who has not opposed the motion.  Therefore, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  Costs of the appeal are taxed against the party who incurred them.

PER CURIAM